UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| ROGER DALE PARKS, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | Case No. 4:16-cv-118 |
| v. ) | |
| ) | Judge Mattice |
| KIA MOTORS AMERICA, INC._, et al._, ) | Magistrate Judge Steger |
| ) | |
| *Defendants*. ) | |
| ) | |

## JUDGMENT

This matter came before the Court on motion for summary judgment by Defendants. [Doc. 293]. The Honorable Harry S. Mattice, Jr., United States District Judge, having granted summary judgment in this case,

It is **ORDERED AND ADJUDGED** that the claims in this action and this action be, and hereby are, **DISMISSED WITH PREJUDICE**.

Dated at *Chattanooga, Tennessee*, this 28th day of May, 2020.

                                                          /s/ *John Medearis*
                                                            John Medearis
                                                            CLERK OF COURT